IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 0 1 2011

GREGORY C. LANGHAM
                        CLERK

Civil Action No. 11-cv-01373-BNB

JAMES DREIBHOLZ, #140039,

    Applicant,

v.

BRIGHAM SLOAN, Warden, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

---

ORDER DIRECTING APPLICANT TO FILE AMENDED APPLICATION

---

Applicant, James Dreibholz, is a prisoner in the custody of the Colorado Department of Corrections and currently is incarcerated at the Bent County Correctional Facility in Las Animas, Colorado. Mr. Dreibholz, acting *pro se*, filed an Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C § 2254. The Court must construe the Application liberally because Mr. Dreibholz is a *pro se* litigant. See *Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991). The Court, however, should not act as a *pro se* litigant's advocate. See *Hall*, 935 F.2d at 1110. For the reasons stated below, Mr. Dreibholz will be ordered to file an Amended Application.

Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts requires that Mr. Dreibholz go beyond notice pleading. See *Blackledge v. Allison*, 431 U.S. 63, 75 n.7 (1977). Naked allegations of constitutional violations devoid of factual support are not cognizable in a federal habeas action. See *Ruark v.*

***Gunter***, 958 F.2d 318, 319 (10th Cir. 1992) (per curiam). Mr. Dreibholz must allege on the Court-approved form both the claims he seeks to raise and the specific facts to support each asserted claim. The Court has reviewed the Application submitted to the Court on May 24, 2011, and finds that it is deficient. Mr. Dreibholz fails to assert on Pages Five through Six a statement of the claims he intends to raise in this Court.

Therefore, Mr. Dreibholz will be ordered to file an Amended Application in which he identifies, on the Court-approved form, all the specific claims for relief that he is asserting and in which he provides specific facts in support of each asserted claim. Accordingly, it is

ORDERED that **within thirty days from the date of this Order** Mr. Dreibholz file an Amended Application that complies with the Order. It is

FURTHER ORDERED that the Clerk of the Court mail to Mr. Dreibholz, together with a copy of this Order, two copies of the following form: Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254. It is

FURTHER ORDERED that if Mr. Dreibholz fails within the time allowed to file an Amended Application, as directed above, the action will be dismissed without further notice.

DATED June 1, 2011, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 11-cv-01373-BNB

James Dreibholz
Prisoner No. 140039
Bent County Correctional Facility
11560 Road FF75
Las Animas, CO 81054

    I hereby certify that I have mailed a copy of the **ORDER and two copies of the Application for a Writ Habeas Corpus Pursuant to 28 U.S.C. §2254 form** to the above-named individuals on June 1, 2011.

GREGORY C. LANGHAM, CLERK

By: _____
          Deputy Clerk