IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01373-BNB

JAMES DREIBHOLZ, #140039,

    Applicant,

v.

BRIGHAM SLOAN, Warden, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

---

ORDER DISMISSING CASE

---

    Applicant, James Dreibholz, is a prisoner in the custody of the Colorado Department of Corrections who currently is incarcerated at the Bent County Correctional Facility in Las Animas, Colorado. Mr. Dreibholz initiated this action by filing a *pro se* Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 on May 24, 2011. He has paid the $5.00 filing fee.

    On June 1, 2011, Magistrate Judge Boyd N. Boland found that the Application was deficient because Mr. Dreibholz failed to assert a statement of the claims he intends to raise in this Court. Accordingly, Magistrate Judge Boland directed Mr. Dreibholz to file an Amended Application within thirty days, to identify all the specific claims for relief that he is asserting, and to provide specific facts in support of each asserted claim.

    On June 14, 2011, Mr. Dreibholz filed a "Motion to Dismiss Federal Habeas Corpus Action". In the motion, Mr. Dreibholz states that he seeks a voluntary dismissal

because he has not yet exhausted his state court remedies.

Fed. R. Civ. P. 41(a)(1) provides that "the plaintiff may dismiss an action without a court order by filing: (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment . . . ." No answer or motion for summary judgment has been filed by Respondents in this action. Further, a voluntary dismissal under Rule 41(a)(1) is effective immediately upon the filing of a written notice of dismissal, and no subsequent court order is necessary. *See* J. Moore, Moore's Federal Practice ¶ 41.02(2) (2d ed. 1995); **Hyde Constr. Co. v. Koehring Co.**, 388 F.2d 501, 507 (10th Cir. 1968). The Motion, therefore, closes the file as of June 14, 2011. *See* **Hyde Constr. Co.**, 388 F.2d at 507. Accordingly, it is

ORDERED that the action is dismissed pursuant to Fed. R. Civ. P. 41(a)(1). It is

FURTHER ORDERED that the voluntary dismissal is without prejudice and is effective as of June 14, 2011, the date Applicant filed the Motion in this action.

DATED at Denver, Colorado, this  17th  day of      June      , 2011.

BY THE COURT:

  s/Lewis T. Babcock  
LEWIS T. BABCOCK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 11-cv-01373-BNB

James Dreibholz
Prisoner No. 140039
Bent County Correctional Facility
11560 Road FF75
Las Animas, CO 81054-9573

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on June 17, 2011.

GREGORY C. LANGHAM, CLERK

By: _____
       Deputy Clerk